# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM S. RITTER, JR., | : | No. 3:15cv1235 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| JOHN TUTTLE, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 14th day of December 2018, it is hereby **ORDERED** as follows:

1) The petitioner's objections to the magistrate judge's report and recommendation (Doc. 44) are **OVERRULED**;

2) The magistrate judge's report and recommendation (Doc. 43) is **ADOPTED** in that William S. Ritter, Jr.'s habeas corpus petition is **DENIED**;

3) For the reasons set forth in the accompanying memorandum, we decline to issue a certificate of appealability; and

4) The Clerk of Court is directed to close this case.

            **BY THE COURT:**

            **s/ James M. Munley**
            **JUDGE JAMES M. MUNLEY**
            **United States District Court**